# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Harbor Breeze Corporation, a California corporation; and L.A. Waterfront Cruises, LLC, a California limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>Newport Landing Sportfishing, Inc., a California corporation; Davey's Locker Sportfishing, Inc., a California corporation; Ocean Explorer, Inc., a California corporation; Freelance Sportfishing, Inc., a California corporation; and DOES 1–10<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Newport Landing Sportfishing, Inc.
309 Palm Street, Suite A
Newport Beach, CA 92661

Ocean Explorer, Inc.
309 Palm Street, Unit A
Balboa, CA 92661

Davey's Locker Sportfishing, Inc.
400 Main Street
Balboa, CA 92661

Freelance Sportfishing, Inc.
400 Main Street
Balboa, CA 92661

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel DeCarlo
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____