**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANIEL C. DECARLO, SB# 160307
  E-Mail: Dan.DeCarlo@lewisbrisbois.com
THOMAS S. KIDDE, SB# 61717
  E-Mail: Thomas.Kidde@lewisbrisbois.com
GRIFFEN J. THORNE, SB# 306152
  E-Mail: Griffen.Thorne@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiff Harbor Breeze Corporation and L.A. Waterfront Cruises, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Harbor Breeze Corporation, a California corporation; and L.A. Waterfront Cruises, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Newport Landing Sportfishing, Inc., a California corporation; Davey's Locker Sportfishing, Inc., a California corporation; Ocean Explorer, Inc., a California corporation; Freelance Sportfishing, Inc., a California corporation; and DOES 1–10,<br><br>Defendants. | CASE NO. 8:17-cv-01613-CJC-DFM<br><br>**DECLARATION OF NESTOR GOMEZ IN SUPPORT OF PLAINTIFFS' HARBOR BREEZE CORPORATION AND L.A. WATERFRONT CRUISES, LLC'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Action Filed: September 15, 2017<br>Trial Date:   None Set<br><br>Date:   October 23, 2017<br>Time:   1:30 p.m.<br>Crtrm.:  9B—9th Floor |

I, Nestor Gomez, declare as follows:

1.  I am an investigator with Gomez Investigations Unit, and my investigator's number is CA P.I. # 28770. I was engaged as an independent contractor of First Legal Investigations, which was engaged by counsel for Plaintiffs Harbor Breeze Corporation ("Corporation") and L.A. Waterfront Cruises, LLC ("L.A. Waterfront Cruises, LLC"), collectively "Plaintiffs," to undertake the investigation described herein. I have personal knowledge of the facts set forth

1 herein, and if called as a witness to testify thereto, I could competently and truthfully do so.

2. On Friday, April 28, 2017, I visited Davey's Locker Sportfishing, Inc. ("Davey's Locker") in Newport Beach California. I spoke with an employee of Davey's Locker who identified himself as Luis Rodriguez, and asked to purchase a single ticket for that day. Mr. Rodriguez told me that the ticket price was $19.50. When I was handed a receipt, the receipt showed that the ticket price was $17, and that there was an additional $2.50 charge which stated that the fee was a "FSC." When I asked what the additional fee was, Mr. Rodriguez told me it was for gas. A true and correct photocopy of the ticket is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 13, 2017, at Santa Ana, California.

Nestor Gomez

# Exhibit A

```
DAVEY'S LOCKER SPORTFISHING
        400 MAIN STREET
     NEWPORT BEACH, CA 92661
          949.673.1434
       WWW.DAVEYSLOCKER.COM

Invoice No:       102265714
Date:             4/28/2017    09:20:29 AM
Cashier:          LUIS RODRIGUEZ
Register No:              2
Customer No:           7974


Qty         Item                    Amount

1.00    @ $17.00                    $17.00
        65415612651
        $17 WHALE WATCHING COUPON- N
        P
1.00    @ $2.50                      $2.50
        87171
        WP WW FSC

                  Sub Total        $19.50
                      Total        $19.50

                Master Card        $19.50


           Qty of Items: 2



       REFUND POLICY - NO REFUNDS
       EXCHANGES ONLY ON APPAREL
    CANCELATION POLICY: 48 HRS OPEN PARTY
       72 HRS FOR PRIVATE CHARTERS
              NO EXCEPTIONS

         YOUR ORDER NUMBER IS 214
```