FILED
CLERK, U.S. DISTRICT COURT
6/25/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: gga   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

HARBOR BREEZE CORPORATION, et al.,

    Plaintiffs,

v.

NEWPORT LANDING SPORTFISHING, INC., et al.,

    Defendants.

Case No.: SACV 17-01613-CJC(DFMx)

**VERDICT FORM**

# VERDICT FORM

We, the jury in the above-entitled case, find the following verdict on the questions submitted to us:

**QUESTION 1:**

Have the plaintiffs proven by a preponderance of evidence that the defendants made a false or misleading statement of fact in a commercial advertisement?

    __X__ YES          _____ NO

*If you answered "YES," proceed to Question 2.*

*If you answered "NO," answer no further questions, proceed to the end, and sign and date the verdict.*

**QUESTION 2:**

Have the plaintiffs proven by a preponderance of evidence that the defendants' statement or statements actually deceived or had the tendency to deceive a substantial segment of their audience?

    __X__ YES          _____ NO

*If you answered "YES," proceed to Question 3.*

*If you answered "NO," answer no further questions, proceed to the end, and sign and date the verdict.*

-1-

**QUESTION 3:**

Have the plaintiffs proven by a preponderance of the evidence that the defendants' deception is material, in that it is likely to influence the purchasing decisions of their audience?

__X__ YES  _____ NO

*If you answered "YES," proceed to Question 4.*
*If you answered "NO," answer no further questions, proceed to the end, and sign and date the verdict.*

**QUESTION 4:**

Have the plaintiffs proven by a preponderance of the evidence that the defendants caused their false statement to enter interstate commerce?

__X__ YES  _____ NO

*If you answered "YES," proceed to Question 5.*
*If you answered "NO," answer no further questions, proceed to the end, and sign and date the verdict.*

//

**QUESTION 5:**

Have the plaintiffs proven by a preponderance of the evidence that one or more of the defendants' statements at issue caused or is likely to cause damage to the plaintiffs?

    __X__ YES            ____ NO

*If you answered "YES," proceed to Question 6.*
*If you answered "NO," answer no further questions, proceed to the end, and sign and date the verdict.*

**QUESTION 6:**

If you found that one or more of the defendants' statements actually caused damage to the plaintiffs, what amount of damages do you award the plaintiffs?

    The plaintiffs' actual damages:      $ __0__

    The defendants' profits attributable
    to the false advertising:      $ __0__

*Proceed to Question 7.*

//

-3-

**QUESTION 7:**

Did the plaintiffs engage in false advertising regarding their location?

_____ YES        **X** NO

*Proceed to Question 8.*

**QUESTION 8:**

Did the plaintiffs engage in false advertising regarding their fees?

_____ YES        **X** NO

*Proceed to Question 9.*

//

**QUESTION 9:**

Did the plaintiffs post false reviews on the Internet?

_____ YES        _X_ NO

*Please sign and date this form, then return it to the Court.*

Dated: 6/25/19

Signed: ████████████████

*Presiding Juror*

-5-