**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANIEL C. DeCARLO, SB# 160307
  dan.decarlo@lewisbrisbois.com
THOMAS S. KIDDÉ, SB# 61717
  thomas.kidde@lewisbrisbois.com
JOSHUA S. HODAS, SB#250802
  josh.hodas@lewisbrisbois.com
ESTHER Y. SHIN, SB# 324049
  esther.shin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone:   213.250.1800
Facsimile:    213.250.7900

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Harbor Breeze Corporation, a California corporation; and L.A. Waterfront Cruises, LLC, a California limited liability company,<br><br>          Plaintiffs,<br><br>     vs.<br><br>Newport Landing Sportfishing, Inc., a California corporation; Davey's Locker Sportfishing, Inc., a California corporation; Ocean Explorer, Inc., a California corporation; Freelance Sportfishing, Inc., a California corporation; and DOES 1–10,<br><br>          Defendants. | CASE NO. 8:17-cv-01613-CJC-DFM<br><br>**DECLARATION OF JOSHUA S. HODAS, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS UNDER RULE 11**<br><br>The Hon. Cormac J. Carney<br><br>Hearing Date:   January 27, 2020<br><br>Time:  1:30 pm<br><br>Courtroom: 7C |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4827-6716-0496.1                                                                                     8:17-cv-01613-CJC-DFM

Declaration of Joshua S. Hodas in support of Plaintiffs' Motion for Sanctions under Rule 11

## DECLARATION OF JOSHUA S. HODAS

I, Joshua S. Hodas, declare as follows:

1.    I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Plaintiffs in this matter. I am submitting this Declaration in support of Plaintiffs' Motion for Sanctions under Rule 11. The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2.    Attached hereto as Exhibit A is a true and correct copy of a letter I emailed and had personally served on Defendants (via their counsel) on December 6, 2019. Attached hereto as Exhibit B is a true and correct copy of the draft of Plaintiffs Motion for Sanctions under Rule 11 that accompanied that email and personal service. Attached hereto as Exhibit C is a true and correct copy of a redline I created this afternoon comparing the today-filed version of the Motion to the version served on December 6, 2019. The only differences are the addition of a footnote discussing the Errata filed by Defendants on December 26, 2019, corrections of typographical errors and formatting issues and insertion of the date of the meet and confer call, and the deletion of text from the quotation of the Brisbin declaration erroneously duplicated into the wrong quoted paragraph. On December 20, 2019 I engaged in a telephonic meet and confer conference with Opposing counsel concerning this filing.

3.    On or about November 27, 2019, two days after filing Plaintiffs' Reply in support of the Motion for Contempt, I viewed the mobile version of the $16 Long Beach whale watching advertisement and noted that, since the filing two days earlier, the advertisement had been updated to include the banner used on Defendants' other advertisements. This had not been present at the time of filing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    I declare under penalty of perjury under the laws of the United States of America

2 that the foregoing is true and correct and that this declaration was executed on

3 December 30, 2019, at Los Angeles, California.

4

5    ___/s/ Joshua S. Hodas_____

6    Joshua S. Hodas

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

